FILED30 APR '13 16:04USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE DISCLOSURE OF LATITUDE AND LONGITUDE DATA RELATING TO A SPECIFIED WIRELESS TELEPHONE | Misc. No. '13-MC-0147<br><br>ORDER TO SERVICE PROVIDER<br><br>**UNDER SEAL** |

TO: T-Mobile USA:

WHEREAS this Court has, upon the application of the United States of America, today entered an order pursuant to Fed. R. Crim. 57(b) and 28 U.S.C. § 1651(a) and in conformity with Fed. R. Crim. P. 41 and 18 U.S.C. § 2703(d) directing that for a period of 30 days from the date of said Order, T-Mobile USA shall disclose latitude and longitude data (also referred to as "precision location information")[1] with respect to **(682) 583-0182** and International Mobile Subscriber Identity number ("IMSI") 310260546261749, subscribed to by Malisa Douangmala, 3553 Tommy Hays Drive, Haltom City, TX 76117 (the " **Subject Telephone**"), now therefore,

UPON REVIEW OF THE APPLICATION AND THE FINDING OF PROBABLE CAUSE:

---

[1] This data is the product of techniques that service providers developed to comply with a federal mandate to supply emergency responders with enhanced 911("E-911") service. The wireless industry has adopted standards for the precision with which such techniques are expected to locate a wireless telephone. The service provider in this case uses a "handset based" location technique, the standards for which require the service provider to establish location to within 50 meters two-thirds of the time and to within 150 meters 95% of the time. "Handset-based" techniques utilize a computer chip within the telephone (the "handset") to read signals from Global Positioning System ("GPS") navigation satellites to compute the telephone's approximate latitude and longitude.

IT IS HEREBY ORDERED that for a period of 30 days from today's date, T-Mobile USA shall disclose at such intervals and times as directed by the Drug Enforcement Administration (DEA), latitude and longitude data that establishes the approximate positions of the **Subject Telephone**, by unobtrusively initiating a signal on its network that will enable it to determine the locations of the **Subject Telephone** with such other reference points as may be reasonably available;

IT IS FURTHER ORDERED pursuant to the above statutes that the latitude and longitude data required to be disclosed by T-Mobile USA includes not only information with respect to the **Subject Telephone**, but also with respect to any changed telephone number(s) assigned to an instrument bearing the same IMSI as the **Subject Telephone**, or any changed IMSI subsequently assigned to the same telephone number as the **Subject Telephone**, or any additional changed telephone number(s) and/or IMSI(s), whether the changes occur consecutively or simultaneously, listed to the same subscriber and wireless telephone account number as the **Subject Telephone** within the period of disclosure authorized by this order;

IT IS FURTHER ORDERED, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), that T-Mobile USA shall be paid compensation by the DEA for reasonable expenses directly incurred in providing the facilities and assistance described above;

Good cause having been shown, IT IS FURTHER ORDERED pursuant to the All Writs Act, 28 U.S.C. § 1651(a), that T-Mobile USA, its representatives, agents and employees, unless and until otherwise ordered by the Court, shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of this order or the generation of or production to law enforcement of the location information ordered herein; and

IT IS FURTHER ORDERED that this Order, the application and the affidavit of DEA Special Agent Morgan T. Matthies sworn to April 30th, 2013, are hereby SEALED until further notice.

Dated this 30th day of April 2013, at Portland, Oregon.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
GEOFFREY BARROW
Assistant United States Attorney
(503) 727-1000